JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WICKS,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF INGLEWOOD, INGLEWOOD POLICE DEPARTMENT, CHIEF JACQUELINE SEABROOKS, in her individual capacity, OFFICER BRIAN RAGAN, and DOES 1 through 10, inclusive,<br><br>   Defendants.<br><br>AND RELATED ACTIONS. | Case No.: CV08-05081 VBF (Ex)-Lead; Consolidated With Case Nos.: CV08-05173 VBF (Ex)<br>CV 09-01531 VBF (JTLx)<br>CV 09-01528 VBF (VBKx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS OF PLAINTIFFS M. WICKS AND LASHAWN BROWN AGAINST DEFENDANTS CITY OF INGLEWOOD, INGLEWOOD POLICE DEPARTMENT, AND AS TO THE ENTIRE ACTION**<br><br>Trial Date: 5/3/11 |

PURSUANT TO THE STIPULATION for Dismissal with Prejudice between plaintiff M. WICKS, by and through Her Guardian *Ad Litem*, LASHAWN BROWN, and LASHAWN BROWN, individually (collectively hereafter as "Plaintiffs"), and defendants CITY OF INGLEWOOD and INGLEWOOD POLICE DEPARTMENT

1 | and CHIEF JACQUELINE SEABROOKS, **all causes of action by the Plaintiffs against each and all defendants in this action are hereby dismissed with prejudice**. The above entitled matter, including Case Number CV 09-01531 VBF (Ex), is accordingly dismissed in its entirety and with prejudice as to Plaintiffs' claims.

Furthermore, Plaintiffs and defendants mutually waive all costs, court fees, and attorneys' fees arising out of this litigation involving these parties.

**IT IS SO ORDERED.**

DATED: April 4, 2011

*Valerie Baker Fairbank*
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Eugene P. Ramirez, Esq. (State Bar No. 134865)
Tony M. Sain, Esq. (State Bar No. 251626)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@manningllp.com; tms@manningllp.com

Attorneys for Defendants,
CITY OF INGLEWOOD, INGLEWOOD POLICE DEPARTMENT,
CHIEF JACQUELINE SEABROOKS